UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JETTEO, LLC ) | |
| ) | Case No. 24-cv-8575 |
| Plaintiff, ) | |
| ) | Judge Jeffrey I Cummings |
| v. ) | |
| ) | |
| THE PARTNERSHIPS AND ) | |
| UNINCORPORATED ASSOCIATIONS ) | |
| IDENTIFIED ON SCHEDULE A, ) | |
| ) | |
| Defendants. ) | |

# NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff JETTEO, LLC hereby notifies this Court that the Plaintiff voluntarily dismisses without prejudice any and all claims against the following defendant(s):

| # in Sched. A | Merchant Name | Seller ID | ASIN |
|---|---|---|---|
| 7 | hopeness-4 | 2544592133 | 355773136116 |

Respectfully Submitted,

*/s/* /Wangxue Deng/
Wangxue Deng, NDIL 30228
**AVEK IP, LLC**
7285 W. 132nd Street, Suite 340
Overland Park, KS 66213
Phone: (913) 303-3841
wdeng@avekip.com

*Attorney for Plaintiff*

1